STATE, Appellant, vs. BENZ, Respondent.

*October 11, 1940—January 7, 1941.*

The cause was submitted for the appellant on the brief of *Fred M. Wylie* of Madison, and for the respondent on that of *Minahan & Bassett,* attorneys, and *Robert C. Bassett* of counsel, all of Green Bay.

ROSENBERRY, C. J.   What is really sought in this case is an overruling of the holding in *State ex rel. Attorney General v. Manske* (1939), 231 Wis. 16, 285 N. W. 378.   In that case in a similar action it was held that whether a court should issue a temporary restraining order pending judgment is a matter resting in the sound judicial discretion of the trial court.   Under the circumstances we are not disposed at this time to review this question.   The injunction not having been issued, there has been no violation, and "standards" having been held to be invalid, the question is now moot.

*By the Court.*—The order appealed from is affirmed.